FILED
JUN 25 2020
U.S. DISTRICT COURT
ELKINS WV 26241

Date: 5/11/20

Oscar Thomas #12618-087
F.C.I. Fort Dix
Federal Correctional Institute
P.O. Box 2000
Joint Base MDL, NJ. 08640

Honorable John Preston Baily
U.S. District Judge
United States District Court
Northern District of West Virginia
Case # 2:18-cr-00020-JPB

MAY 26 2020

## Motion For Compassionate Release:

Dear Honorable Judge Baily,

I am requesting that you grant my motion for Compassionate Release due to my current injury and numerous health issues that make me vulnerable to succumbing to the current Pandemic of the Covid-19 Corona virus. I have enclosed in this motion a copy of my medical records and as you can see there are a number of risk factors that put me at a higher risk of death if I am infected. Some of my risk factors are: I suffered a severe stroke due to obstructed arteries, I am 91 lbs overweight with high blood pressure, I have Type 2 Diabetes and am insulin dependent. I currently have a fracture of my fourth Metatarsil in my foot that requires surgery. I am unable to undergo my surgery due to the Corona Pandemic. All of these factors and many more that I enclosed in my medical records put me at a much higher risk of infection so I am respectfully requesting that you grant this motion for Compassionate Release.

Thank you.